UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NELSON G. AGUIRRE,

                              Petitioner,

   -against-

UNITED STATES OF AMERICA,

                              Respondent.
-------------------------------------------------------------------X

JUDGMENT
06-CV- 0304 (ARR)

     An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 8, 2006, dismissing the petition for a writ of habeas corpus as time-barred; and ordering that a Certificate of Appealability shall not issue; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed as time-barred; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
        May 09, 2006

                                            ROBERT C. HEINEMANN
                                            Clerk of Court